UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIANA PRZHEBELSKAYA,
VLADIMIR PRZHEBELSKAYA, and
YEVGENIA PRZHEBELSKAYA,

                Plaintiffs,

  -against-

UNITED STATES BUREAU OF
CITIZENSHIP AND IMMIGRATION
SERVICES, JOHN ASHCROFT, Attorney
General of the United States, EDUARDO
AGGUAIRE, JR., Commissioner of the
Bureau of Citizenship and Immigration Services,
and EDWARD MCELROY, District Director
of the Bureau of Citizenship an Immigration
Services,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
03-CV- 3303 (NG)

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on September 30, 2004, granting plaintiffs' motion to compel; and ordering defendants to adjust the status of Vladimyr Przhebelskaya and Yevgenia Przhebelskaya to that of lawful permanent residents without further delay; it is

      ORDERED and ADJUDGED that judgment is hereby entered granting plaintiffs' motion to compel; and that defendants adjust the status of Vladimyr Przhebelskaya and Yevgenia Przhebelskaya to that of lawful permanent residents without further delay.

Dated: Brooklyn, New York
       October 01, 2004

                                                                      ROBERT C. HEINEMANN
                                                                      Clerk of Court