SLR:SJK
2003V01974

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

MARIANNA PRZHEBELSKAYA, VLADIMYR
PRZHEBELSKIY, and YEVGENIA
PRZHEBELSKAYA,

           Plaintiffs,

  — against —

JOHN ASHCROFT, Attorney General
of the United States, EDUARDO
AGUIRRE, JR., Commissioner of
the Bureau of Citizenship and
Immigration Services, and
EDWARD MCELROY, District
Director of the Bureau of
Citizenship and Immigration
Services,

           Defendants.

- - - - - - - - - - - - - - - - - x

STIPULATION AND ORDER
REGARDING ATTORNEYS' FEES

Civil Action
No. 03-3303

(Gershon, J.)
(Matsumoto, M.J.)

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for parties in the above-captioned action, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, that Plaintiffs are awarded $8,474.00 (Eight Thousand Four Hundred Seventy-Four

Przhebelskaya v. Ashcroft, No. CV-03-3303
Stipulation Regarding Attorney Fees
Page – 2 –

Dollars and Zero Cents) in attorneys' fees, in full satisfaction of any claim for such fees.

Dated:    New York, New York
          January 16, 2005

```
                              _____
                              HARRY A. DEMELL, ESQ.
                              Attorney for Plaintiffs
                              225 Broadway, Suite 1605
                              New York, New York  10007
                              (212) 732-2767
```

Dated:    Brooklyn, New York
          January 28, 2005

```
                              ROSLYNN R. MAUSKOPF
                              United States Attorney
                              Eastern District of New York
                              Attorney for Defendants
                              One Pierrepont Plaza, 14th Floor
                              Brooklyn, New York  11201

                     By:      _____
                              STEVEN KIM (SK6445)
                              Assistant U.S. Attorney
                              (718) 254-7036
```

SO ORDERED:

_____
HONORABLE NINA GERSHON
United States District Judge

1-31-05



## U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:SJK
2003V01974

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

January 28, 2005

Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

**RECEIVED**
**In Chambers of**
**U.S.D.J. Gershon**

JAN 3 1 2005

     RE:  Przhebelskaya v. Ashcroft,
          Docket No. CV-03-3303(NG)

Dear Judge Gershon:

     Enclosed for the Court's endorsement, please find the Stipulation and Order Regarding Attorneys' Fees.  Thank you for your consideration of this matter.

                           Respectfully submitted,

                           ROSLYNN R. MAUSKOPF
                           United States Attorney

          By: _____
               STEVEN KIM (SK6445)
               Assistant U.S. Attorney
               (718) 254-7036

cc:  Harry Demell, Esq.
     225 Broadway, Suite 1605
     New York, New York  10007