**HARRY A. DEMELL**
ATTORNEY AT LAW
225 BROADWAY
SUITE 1605
NEW YORK, N.Y. 10007

TEL. (212) 732-2767   FAX. (212) 566-1033
harry@demell-visas.com

RECEIVED
in Chambers of
U.S.D.J. Gershon

SEP 2 9 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 5 2005 ★

BROOKLYN OFFICE

September 27, 2005

Honorable Nina Gershon
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Przhebelskaya v. Ashcroft
    Docket No. CV-0303303(NG)

Dear Judge Gershon:

The defense in the above matter has forwarded a check for the stipulated amount. We would like to withdraw our recent motion request and reconsider this case closed.

Sincerely,

Harry A. DeMell
HAD/la

Cc: Steve Kim
    Assistant U.S. Attorney
    Eastern District of New York
    One Pierrepont Plaza, 14th FL
    Brooklyn, NY 11201

So Ordered,
/s/
USDJ
9-30-05